UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEISHA JARRETT,	)	No. CV 16-843 FFM
	)
                Plaintiff,	)	JUDGMENT OF REMAND
	)
   v.	)
	)
NANCY A. BERRYHILL, Acting	)
Commissioner of Social Security,	)
	)
                Defendant.	)
	)

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings set forth in the Order filed concurrently herewith.

DATED: <u>November 27, 2017</u>

                                                         /S/FREDERICK F. MUMM
                                                       FREDERICK F. MUMM
                                                   United States Magistrate Judge